## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:  CASE NO. 09-31544-PNS3
        CHAPTER 13

EARNEST MICHAEL BOARDWYNE
CYNTHIA JEAN BOARDWYNE

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: GASTROENTEROLOGY ASSOC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 424544 in the amount of 15.80 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF THE CHAPTER 13 TRUSTEE
>POST OFFICE BOX 646
>TALLAHASSEE, FL 32302
>ldhecf@earthlink.net
>(850) 681-2734 "Telephone"
>(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

EARNEST MICHAEL BOARDWYNE
CYNTHIA JEAN BOARDWYNE
10860 TARA DAWN CIRCLE
PENSACOLA, FL 32534

GASTROENTEROLOGY ASSOC. OF PENSACOLA
4900 BAYOU BLVD., SUITE 111
PENSACOLA, FL 32503

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

11/29/2011  2:06 pm / CR_213

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF CHAPTER 13 TRUSTEE